# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Alisha Estes Allen,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-04469-PHX-DGC<br><br>**ORDER** |
| Pamela Burgin,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03624-PHX-DGC<br><br>**ORDER** |
| Joe Burriola,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-01975-PHX-DGC<br><br>**ORDER** |
| Christopher Caddell,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00003-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Thomas Calicchio,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-04184-PHX-DGC<br><br>**ORDER** |
| Amanda Mae Carroll,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00767-PHX-DGC<br><br>**ORDER** |
| Juanita Eloina Casares,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00206-PHX-DGC<br><br>**ORDER** |
| Denise Coe,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03857-PHX-DGC<br><br>**ORDER** |
| Melvin Collins and Cynthia Collins-<br>Williams,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-01678-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Martin C. Colman,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00097-PHX-DGC<br><br>**ORDER** |
| Mark D. Conley and Catherine Conley,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00312-PHX-DGC<br><br>**ORDER** |
| Jurl Craft,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03937-PHX-DGC<br><br>**ORDER** |
| Deanna Cumberland,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03705-PHX-DGC<br><br>**ORDER** |
| Katelynne J. DiTomaso,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00490-PHX-DGC<br><br>**ORDER** |
| Corey Earl,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02745-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Emily Ellisor,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV16-03258-PHX-DGC<br><br>**ORDER** |
| Toni Ensey,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-04039-PHX-DGC<br><br>**ORDER** |
| Tammie Louise Escue,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV16-03486-PHX-DGC<br><br>**ORDER** |
| Corwyn Fabian,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV19-01029-PHX-DGC<br><br>**ORDER** |
| Chery Flint,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV16-03215-PHX-DGC<br><br>**ORDER** |
| Aleta Floyd,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-04600-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Billie Carol Taylor Fugitt,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03271-PHX-DGC<br><br>**ORDER** |
| Patricia Gardocki,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03665-PHX-DGC<br><br>**ORDER** |
| Edna M. Gray,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03121-PHX-DGC<br><br>**ORDER** |
| Byron Scott Haas,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03728-PHX-DGC<br><br>**ORDER** |
| Eddie Hall,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00489 PHX DGC<br><br>**ORDER** |
| Tonya Hanley and Samuel Starnes, Jr.,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03191-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Julius Heflin,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-04273 PHX-DGC<br><br>**ORDER** |
| Aimee Hegh,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-02046-PHX-DGC<br><br>**ORDER** |
| Martina Watson Hicks,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-03291-PHX-DGC<br><br>**ORDER** |
| Linda Hodel, daughter (Power of Attorney)<br>on behalf of Doris J. Hodel,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-04145-PHX-DGC<br><br>**ORDER** |
| Daisy Jimenez,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-03958-PHX-DGC<br><br>**ORDER** |
| Alicia Johnson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-00207-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Eddie J. Johnson,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03668-PHX-DGC<br><br>**ORDER** |
| Nancy Johnson,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03189-PHX-DGC<br><br>**ORDER** |
| Juanita Jones,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-04527-PHX-DGC<br><br>**ORDER** |
| Virpi Kinnunen,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00098-PHX-DGC<br><br>**ORDER** |
| Deborah Kling and Harold R. Kling,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02130-PHX-DGC<br><br>**ORDER** |
| O.D. Landrum and Julia J. Landrum,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02551-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Jessica Ann Linser,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00750-PHX-DGC<br><br>**ORDER** |
| John R. Lowe, Jr.,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-04466-PHX-DGC<br><br>**ORDER** |
| Nekesha Lowery,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03269-PHX-DGC<br><br>**ORDER** |
| Kathleen M. Lunsford,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03374-PHX-DGC<br><br>**ORDER** |
| O.B. Miller and Patricia Miller,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03411-PHX-DGC<br><br>**ORDER** |
| Jennifer Millison,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00027-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Barbara Anita Moore,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-01217-PHX-DGC<br><br>**ORDER** |
| John Murray,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV16-03122-PHX-DGC<br><br>**ORDER** |
| Ron Nelson,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-1827-PHX-DGC<br><br>**ORDER** |
| Todd Nolting,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV16-03621-PHX-DGC<br><br>**ORDER** |
| Randy Oyaski,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV16-03592-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 21907.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21907) is **granted**. Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 15th day of March, 2021.

David G. Campbell
Senior United States District Judge